

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00597-CV

Joel **SALINAS**,
Appellant

v.

Denise **MUNOZ**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-14-325
Honorable Ana Lisa Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED November 23, 2016.

_____
Jason Pulliam, Justice